AO 247 (Rev. 11/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
## for the
### Southern District of New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/13/2015

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| MIGUEL ORTIZ | ) Case No: | 11cr00875-01(DLC) |
| | ) USM No: | 65421-054 |
| Date of Original Judgment: 08/10/2012 | ) | |
| Date of Previous Amended Judgment: _____ | ) Pro Se | |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* | |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.   ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of __151__ months **is reduced to** __135__.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated __08/10/2012__ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 11/13/15

Effective Date: 11/01/2015
*(if different from order date)*

Denise Cote, U.S. District Judge
*Printed name and title*